1

2

3

4

5

6                                 UNITED STATES DISTRICT COURT

7                               NORTHERN DISTRICT OF CALIFORNIA

8

9
                                                          No. C 16-0265 MEJ (PR)
10   GILBERT ROBLES, JR.,
                                                          **ORDER OF TRANSFER**
11                    Petitioner,

12       v.

13   UNITED STATES DISTRICT COURT,

14                    Respondent.
                                                    /
15

16

17          This federal habeas action, in which petitioner challenges convictions he suffered in

18   the Riverside County Superior Court, is TRANSFERRED to the Central District of

19   California, as that is the district of conviction.  See 28 U.S.C. §§ 1404(a), 2241(d); Habeas

20   L.R. 2254-3(b).  The Clerk is directed to transfer this matter forthwith.  In view of the

21   transfer, the Court will not rule upon petitioner's request for leave to proceed in forma

22   pauperis.

23          IT IS SO ORDERED.

24   DATED:  January 25, 2016          _____

25                                                        Maria-Elena James
26                                                        United States Magistrate Judge

27

28

**United States District Court**
For the Northern District of California